# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| CANH MINH PHAN, | CASE NO. 07cv862 JLS (AJB) |
|---|---|
| Plaintiff, | **ORDER: ADOPTING JUDGE BATTAGLIA'S REPORT AND RECOMMENDATION** |
| vs. | |
| MICHAEL ASTRUE, Commissioner of Social Security, Social Security Administration, | |
| Defendant. | |

In the present action, the Hon. Anthony J. Battaglia has issued a report and recommendation ("R&R") advising this Court to: (1) **GRANT** Plaintiff's motion for summary judgment; (2) **DENY** Defendant's cross-motion for summary judgment; and (3) **REMAND** this matter to the ALJ for further proceedings consistent with the recommendation. [Doc. No. 23.] Both parties have failed to file timely objections to the R&R.

Pursuant to 28 U.S.C. § 636, a district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (citing Campbell v. U.S. Dist. Court, 501 F.2d 196, 206 (9th Cir. 1974)).

1     Having reviewed the R&R in the absence of any timely objection, the Court finds that Magistrate Judge Battaglia did not commit clear error in his thorough, well-reasoned analysis. Therefore, the Court **ADOPTS** the R&R **IN FULL**.

    The Court hereby: (1) **GRANT**S Plaintiff's motion for summary judgment; (2) **DENIES** Defendant's cross-motion for summary judgment; and (3) **REMAND**S this matter to the ALJ for further proceedings consistent with the recommendation.

    IT IS SO ORDERED.

DATED: June 23, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge